UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

EMILY VALLES,
Administrator of the Estate of Jamie Gonzalez, AKA Jaime Gonzalez,

        Plaintiff,

  v.

CUMBERLAND COUNTY, WARDEN ROBERT BALICKI, and JASON CORLEY,

        Defendants.

1:16-cv-04757-NLH-KMW

**ORDER**

---

**HILLMAN**, District Judge

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this  10th  day of  June , 2020

    **ORDERED** that Defendant's motion for default judgment (ECF No. 71) be, and the same hereby is, **GRANTED**; and it is further

    **ORDERED** that within thirty (30) days hereof, Plaintiff shall submit its proofs regarding the scope of any damages award requested, along with a brief, not to exceed fifteen (15) pages, in support of that application.

At Camden, New Jersey

                s/ Noel L. Hillman
                NOEL L. HILLMAN, U.S.D.J.